**Kellie A. REESE, Plaintiff–Appellee,**

v.

**CITY OF CRYSTAL RIVER, FLORIDA, Defendant–Appellant.**

**No. 06–15357**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 21, 2007.

Brian Koji, Allen, Norton & Blue, P.A., Tampa, FL, for Defendant–Appellant.

Edward L. Scott, Ocala, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

The City of Crystal River ("the City") appeals the district court's denial of the City's motion for attorneys' fees and costs. The City contends that it is entitled to recover the fees and costs from Kellie A.

Reese and Reese's attorney because Reese filed a frivolous lawsuit in bad faith against the City and because Reese's attorney acted unreasonably and vexatiously to multiply the proceedings in that case.

After a review of the parties' briefs and the record on appeal, we conclude that the district court did not abuse its discretion in denying the City's request for fees and costs. The district court did not err in finding that Reese's action "was not frivolous, unreasonable or without foundation and counsel for the Plaintiff did not multiply the proceedings in this case unreasonably and vexatiously." (R.2–66 at 3.)

AFFIRMED.